# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **NELLIE MIGUES** | **CASE NO. 6:19-CV-00976** |
| **VERSUS** | **JUDGE JUNEAU** |
| **WE CARE HOMES INC ET AL** | **MAGISTRATE JUDGE HANNA** |

## MEMORNADUM ORDER

Before the Court is Plaintiff's Motion for Text Notice, in which Plaintiff seeks leave of Court to send text message notice to collective members whose mailed notices were returned as undeliverable and whose addresses cannot be otherwise obtained. (Rec. Doc. 23). Defendants did not oppose.

Other courts within this District have approved notice in FLSA collective actions via text message. See e.g. *Murillo v. Berry Bros Gen. Contractors Inc.,* No. 6:18-CV-1434, 2019 WL 4640010, at *6 (W.D. La. Sept. 23, 2019) (M.J. Whitehurst); *Defrese-Reese v. Healthy Minds, Inc.,* No. CV 18-1134, 2018 WL 6928920, at *4 (W.D. La. Dec. 19, 2018), *report and recommendation adopted,* No. CV 18-1134, 2019 WL 97042 (W.D. La. Jan. 3, 2019), citing cases. This Court agrees that notice by text message is an appropriate means of contacting individuals whose mail has been returned as undeliverable and who cannot be otherwise contacted by mail. Accordingly, and considering that Defendants did not oppose Plaintiff's Motion,

IT IS ORDERED that Plaintiff's Motion for Text Notice (Rec. Doc. 23) is GRANTED. The following text notice is hereby approved:

*Migues v. We Care Homes, Inc. et al.*, No. 6:19-cv-00976 (U.S. Dist. Ct. for the Western District of Louisiana)

You have been identified as a current and/or former employee of We Care Homes, Inc. I represent current and former employees of We Care Homes, Inc., and Kyle Jones ("We Care") in a collective action lawsuit seeking to recover unpaid overtime wages. Click **LINK to Consent Form** to view the court-authorized Notice regarding the collective action against We Care. You are receiving this e-mail because We Care's records indicate that you are eligible to participate in this collective action lawsuit and your rights may be affected by its outcome. The attached Notice explains the steps you need to take if you want to join.

You must complete and return the **Link to Consent Form** by **February 1, 2020** to participate in the litigation.

If you have any questions, please feel free to contact me at 1-800-876-3911 or by e-mail at scott@bohrerbrady.com.

Signed at Lafayette, Louisiana on this 10th day of January, 2020.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE