UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| NELLIE MIGUES, individually and on behalf of others similarly situated | * * * | CIVIL ACTION NO.: 6:19-cv-00976 |
| VERSUS | * * | MAGISTRATE: HANNA |
| WE CARE HOMES, INCORPORATED, And KYLE JONES | * * * | JUDGE: JUNEAU |

## UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who hereby moves the Court to approve the FLSA Settlement Agreement entered into by the Parties for the reasons more fully assigned in the attached Memorandum of Authorities. Undersigned counsel hereby certifies that counsel for Defendants does not oppose this motion.

Respectfully submitted:

BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000


By: /s/ Philip Bohrer
    Philip Bohrer (#14089)
    phil@bohrerbrady.com
    Scott E. Brady (#24976)
    scott@bohrerbrady.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

                                        /s/ Philip Bohrer