UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**LAFAYETTE/OPELOUSAS DIVISION**

| | | |
|---|---|---|
| NELLIE MIGUES, individually and on behalf of others similarly situated | * * * | CIVIL ACTION NO.: 6:19-cv-00976 |
| VERSUS | * * | MAGISTRATE: HANNA |
| WE CARE HOMES, INCORPORATED, And KYLE JONES | * * * | JUDGE: JUNEAU |

## JUDGMENT APPROVING SETTLEMENT

Upon consideration of, and for the reasons set forth in Plaintiff's Unopposed Motion to Approve FLSA Settlement, and the Court, having determined that the action presents a *bona fide* dispute over FLSA provisions, that the Settlement is fair, reasonable, and adequate and in the best interest of the parties, and that the attorney fees and costs sought by Plaintiff's Counsel and the requested service award to the Named Plaintiff are fair and reasonable;

IT IS HEREBY ORDERED that the FLSA Settlement Agreement, and all terms and conditions contained therein, be and hereby is APPROVED;

IT IS HEREBY FURTHER ORDERED that the claims and causes of action of the "Non-Settling Opt-In Plaintiffs," who are identified in Exhibit "B" of the Motion to Approve FLSA Settlement, be and hereby are dismissed, without prejudice, with each to bear their own respective costs;

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a Motion and Order to Dismiss the claims and causes of action of the Named Plaintiff, Nellie Migues, and the Opt-In Plaintiffs, who are identified in Exhibit "C" of Plaintiff's Motion to Approve FLSA Settlement with prejudice, after all payments are made under the terms of the Settlement Agreement.

Lafayette, Louisiana this  29th  day of  October  , 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT