UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
**LAFAYETTE/OPELOUSAS DIVISION**

| | | |
|---|---|---|
| NELLIE MIGUES, individually and on behalf of others similarly situated | * * * | CIVIL ACTION NO.: 6:19-cv-00976 |
| VERSUS | * * | MAGISTRATE:  HANNA |
| WE CARE HOMES, INCORPORATED, And KYLE JONES | * * * | JUDGE:  JUNEAU |

## O R D E R

Premises considered:

IT IS HEREBY ORDERED that the claims of Named Plaintiff, Nellie Migues, and the Opt-In Plaintiffs who are identified in Exhibit "C" of Plaintiff's Motion to Approve FLSA Settlement (Dkt. 55-2, page id 411), are dismissed, with prejudice, each party to bear their own respective costs.

Lafayette, Louisiana this  10th  day of  November , 2020.

_____
UNITED STATES MAGISTRATE JUDGE